

FILED
DEC 01 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DOE, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | No. C 09-03651 JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDER UNSEALING IN PART; AND DIRECTING CLERK TO CLOSE FILE PURSUANT TO NOTICE OF VOLUNTARY DISMISSAL** |

On September 7, 2011, the United States filed its Notice of Election to Decline to Intervene, in which it and twenty-eight states and the District of Columbia, stated their election not to intervene in this action. On that dame date, the Court issued an Order in which it Ordered, *inter alia*, "[a]ll sealed contents of the Court's file in this action shall remain under seal and not be made public or served upon Defendants, *except* for the Complaint, this Order, and the accompanying United States' Notice of Election to Decline Intervention, which are hereby unsealed." (Docket No. 23, September 7, 2011 Order at 3, ¶ 1.) The Court also ordered that "[t]he seal is lifted as to all matters occurring in this action *after* the date of this Order." (*Id.*, ¶ 3.) Finally, the Court Ordered that "[s]hould the Relator ... propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States and the above-named States with notice and an opportunity to be heard before ruling or granting its approval." (*Id.*, ¶ 6.)

On October 26, 2011, Plaintiff/Relator John Doe, filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In contravention of the Court's previous Order, Plaintiff filed that Notice under seal. (*See* Docket No. 24.)

On November 7, 2011, the Court issued an Order to Show Cause directing Plaintiff/Relator to show cause why the Complaint, the September 7, 2011 Order, the United States' Notice of Election to Decline Intervention, and all subsequent filings, including the Order to Show Cause should not be unsealed pursuant to the terms of the September 7, 2011 Order. The Court also ordered that if the United States, the District of Columbia or any of the 28 states who have declined to intervene have any objections to the Notice of Dismissal, they must file any such objection with the Court by no later than November 18, 2011.

The Court has received a timely response from the Plaintiff/Relator, and it also has received a response from the United States. It has not received responses from any of the named states or the District of Columbia.

The United States does not object to dismissal, so long as it is clear that the dismissal is without prejudice as to the United States, the named states and the District of Columbia. Accordingly, the Court GRANTS the request to voluntarily dismiss this case, and that dismissal is without prejudice to the United States, the named states and the District of Columbia.

Plaintiff/Relator states that he does not oppose the unsealing of the United States' Notice of Election to Decline Intervention and other subsequent filings in this case, but he asks that the complaints and his response to the Order to Show Cause remain sealed, because he fears retaliation. The United States opposes this request. Plaintiff/Relator was granted permission to proceed under a fictitious name.[1] He argues that there is information in the various complaints that would disclose his identity and, thus, would undermine the order permitting him to proceed under the pseudonym John Doe. At the same time, the United States notes that the initial sealing of a *qui tam* proceeding is intended to protect the government's investigation. *See* 31

---

[1] That fact distinguishes this case from *United States ex rel Herrera v. Bon Secours Cottage Health Servs.*, 665 F. Supp. 2d 782, 786-86 (E.D. Mich. 2008) and *United States ex rel. Permison v. Superlative Technologies, Inc.*, 492 F. Supp. 2d 561, 564 (E.D. Va. 2007), on which the Government relies to support its argument that the complaints should be unsealed.

2

U.S.C. § 3730(b)(2), (3); *U.S. ex rel Lujan v. Hughes Aircraft Co.*, 67 F.3d 242, 245-47 (9th Cir. 1995).

The Court finds that an appropriate balance between these two interests can be achieved by permitting *only* those paragraphs of the complaints[2] or exhibits thereto that could clearly identify Plaintiff/Relator to remain under seal. The parties shall meet and confer on this issue and attempt to reach a stipulation regarding those portions that may remain under seal. If they are unable to reach agreement, Plaintiff shall file a motion to seal setting forth the specific paragraphs and exhibits that would be likely to reveal his identity and frustrate the purpose of permitting him to proceed under a pseudonym. The parties shall follow the same procedure with respect to Plaintiff's response to the Order to Show Cause.

Accordingly, that the Clerk shall unseal this case. The United States Notice of Election to Decline to Intervene (Docket No. 23) shall be unsealed. Plaintiff's Notice of Voluntary Dismissal Shall be Unsealed. The Court's Order to Show Cause dated November 7, 2011, shall be unsealed. The United States' Response to the Court's Order to Show Cause also shall be unsealed. Pending further order of the Court, the Complaint, the First Amended Complaint, the Second Amended Complaint, any document attaching those documents, and Plaintiff's response to the Court's Order to Show Cause shall remain sealed.

**IT IS SO ORDERED.**

Dated: DEC 0 1 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[2] The pleadings consist of the original complaint, as well as first, second and third amended complaints.

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF DELAWARE, ET AL., | C-09-3651 JSW<br>UNDER SEAL |
| Plaintiff(s), | |
| v. | |
| ELI LILLY & COMPANY, | |
| Defendant(s). | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 1, 2011 , I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Joseph M. Burton
Duane Morris LLP
Spear Tower
One Market Plaza
Suite 2200
San Francisco, CA 94104

Michael M. Mustokoff
Teresa N. Cavenagh
Duane Morris & Heckscher
One Liberty Place
Philadelphia, PA 19103-7396

Sara Winslow
Assistant U. S. Attorney
450 Golden Gate Avenue
San Francisco, CA 94102

Patricia L. Hanower
Trial Attorney - Civil Division
U. S. Dept. of Justice
601 D Street, N. W., Room 9136
Washington, DC 20530

DATED: December 1, 2011

RICHARD W. WIEKING, CLERK

BY: *Jennifer Ottolini*
Deputy Clerk