Joseph M. Burton (SBN 142105)
**DUANE MORRIS LLP**
Spear Tower, One Market Plaza
Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Fax: 415.520-0282
E-mail: JMBurton@duanemorris.com

Teresa N. Cavenagh (Appearing *Pro Hac Vice*)
Michael M. Mustokoff (Appearing *Pro Hac Vice*)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215.979.1808
Fax: 215.689.6077
E-mail: TNCavenagh@duanemorris.com
E-mail: MMustokoff@duanemorris.com

Attorneys for Plaintiff
John Doe

FILED
NOV 1 5 2011
RICHARD W. W[...]
CLERK, U.S. DISTRICT [...]
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF FLORIDA, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF LOUISIANA, MASSACHUSETTS, STATE OF NEVADA, STATE OF TENNESSEE, STATE OF TEXAS, COMMONWEALTH OF VIRGINIA, STATE OF GEORGIA, STATE OF INDIANA, STATE OF MICHIGAN, STATE OF MONTANA, STATE OF NEW HAMPSHIRE, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NEW JERSEY, STATE OF OKLAHOMA, STATE OF RHODE ISLAND, STATE OF WISCONSIN, STATE OF CONNECTICUT, STATE OF MINNESOTA, NEW YORK CITY, CHICAGO, EX REL. JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>**ELI LILLY & COMPANY**<br>Lilly Corporate Center<br>Indianapolis, Indiana,,<br><br>Defendant. | Case No.: C 09-3651 JSW<br><br>*FILED IN CAMERA AND UNDER SEAL*<br><br>**RELATOR/PLAINTIFF DOE'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE** |

DM1\2964571.1

1
RELATOR DOE'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

Plaintiff/Relator John Doe ("Relator Doe") hereby submits this response ("Response") to the Court's Order to Show Cause ("Show Cause Order") dated November 7, 2011 (See Docket No. 25). In the Show Cause Order, the Court directed Relator Doe to show cause why the Complaint, the September 7, 2011 Order, the United States' Notice of Election to Decline Intervention and all subsequent filings not be unsealed pursuant to the terms of the Court's September 7, 2011 Order, which ordered said unsealing. (See Docket No. 23).

Relator Doe does not oppose the unsealing of the United States' Notice of Election to Decline Intervention and other subsequent filings in this case, but Relator Doe requests that the Court not unseal the Complaint nor this Response filed by Relator Doe, in order to continue to protect Relator Doe's anonymity. In support of this request, Relator Doe avers as follows:

1. This case was originally filed by Relator Doe in the United States District Court for the Eastern District of Pennsylvania ("ED PA") on May 1, 2009 at case number 09-1863.

2. Relator Doe was a long term employee of Defendant Eli Lilly & Company ("Lilly") and his knowledge of the illegal conduct pled in the Complaint came about as a result of his position at Lilly, which was described in the original Complaint at ¶ 9.

3. Relator Doe simultaneously filed a Motion for Leave to Proceed Under a Fictitious Name. Doe's request for anonymity was based on his fear and concern that he would be retaliated against by Lilly and others in the pharmaceutical industry, if his identity was made known in the Complaint. In addition, Relator Doe has another close family who is also employed by Lilly and he feared that this member would also needlessly face retaliation or other retribution.

4. On May 29, 2009, the ED PA Court granted Relator Doe's Motion to Proceed Under a Fictitious Name. The ED PA Judge found that the factors weigh heavily in favor of allowing Relator Doe to proceed anonymously and none of the factors weighing against anonymity were present.

///
///
///

5. Shortly after the filing of Relator Doe's Complaint ("Doe/Lilly Complaint"), it was determined by the United States that a *Qui Tam* complaint against Lilly, alleging similar allegations regarding one of the drugs at issue in the Doe/Lilly Complaint, had been filed by another relator on the same day in the Northern District of California.

6. Thereafter on June 25, 2009, with the consent of Relator Doe, the ED PA Court entered an order transferring the Doe/Lilly Complaint to the United States District Court for the Northern District of California. Subsequent to the transfer, the United States sought to relate the Doe/Lilly Complaint to the other matter pending in the Northern District of California.

7. Following this Court's relation Order, Relator Doe filed a First Amended Complaint in this Court which set forth additional factual allegations and added claims under the Chicago and New York City False Claims Act ("FCA") ordinances. Thereafter with this Court's permission, Relator Doe filed Second and Third Amended Complaints which made some additional factual revisions and clarifications and added claims under FCA statutes of Connecticut, Minnesota, North Carolina, Maryland and Colorado.

8. Following the transfer of the Doe/Lilly Complaint to this Court, Relator Doe left his employment at Lilly and became employed at another large pharmaceutical company.

9. The First Amended Complaint and all subsequent Amended Complaints alleged very specific information regarding Relator Doe's departure date from Lilly and the other information regarding the division in which he worked at Lilly. For example, Paragraph 12 of all the Amended Complaints alleged that Relator Doe "was an employee of Lilly up until **August 4, 2009**" and that he was "employed in Lilly's neuroscience sales division". This precise information as to his departure date, as well as other facts pled in the Amended Complaints could lead to the identification of Relator Doe by Lilly, his current employer and others in the pharmaceutical industry, if the Amended Complaint is unsealed.

10. Further, some Exhibits to the Amended Complaints provide more specific information regarding Relator Doe which would reveal Relator Doe's identity. *See* in particular Exhibits "B" and "M" to the Amended Complaints.

///

11. These facts and Exhibits were necessary to establish the *bona fides* of Relator Doe's allegations.

12. If the Amended Complaint is unsealed, there is a strong likelihood that Relator Doe's identity will be revealed despite the John Doe pleading. There are sufficient facts pled and exhibits attached which in essence reveal Relator Doe's identity.

13. The risk to Relator Doe if his identity is revealed cannot be understated. Whistleblowers, and in particular whistleblowers in the pharmaceutical industry, are frequently subject to retaliation, attack, ridicule, harassment and scorn. There is no doubt that Relator Doe will face the same consequences if the Amended Complaint is unsealed and his identity revealed. In addition, his close family member, who is still employed by Lilly, may also face retaliation or harassment.

14. There is no reason to subject Relator Doe to such risk where he has filed a Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Because the Amended Complaint will not be pursued nor served upon Lilly, there is no need for Lilly to know Relator Doe's identity. Lilly will not suffer any harm or prejudice nor incur any damage, if the Amended Complaint remains sealed and Relator Doe's identity remains unknown. In addition, keeping the Amended Complaint sealed will continue to protect Relator's Doe's family member.

15. In light of the voluntary dismissal, there is no public policy reason to unseal the Amended Complaint. Because there will be no litigation as a result of the dismissal, the public has no strong interest in knowing Relator Doe's identity. Relator Doe is not a public figure, thereby further reducing the need for public disclosure. Whatever public interest in the matter exists, if in fact there is any, can easily be satisfied through the unsealing of the United States' Notice of Election to Decline Intervention and Relator Doe's Notice of Voluntary Dismissal. These documents give the public notice of the filing but do not disclose the identity of Relator Doe.

16. There is simply no basis to expose Relator Doe and his family member to ostracism and retribution in the pharmaceutical industry by unsealing the Amended Complaint.

///

///

1  Accordingly, Relator Doe respectfully requests that the Court keep the Amended Complaint
2  and this Response sealed despite the Court's prior unsealing Order dated September 7, 2011.

Dated: November **15**, 2011                                Respectfully submitted,

                                                            DUANE MORRIS LLP

                                                      By:   */s/ Joseph M. Burton*
                                                            Joseph M. Burton
                                                            Michael M. Mustokoff
                                                            (Appearing *Pro Hac Vice*)
                                                            Teresa N. Cavenagh
                                                            (Appearing *Pro Hac Vice*)

                                                            Attorneys for Plaintiff/Relator
                                                            John Doe

## CERTIFICATE OF SERVICE

I, Teresa N. Cavenagh, hereby certify that a true and correct copy of the foregoing Relator Doe's Response to the Court's Order to Show Cause has been served this 15th day of November, 2011, by certified mail, return receipt requested unless otherwise noted upon the following:

| | |
|---|---|
| Eric H. Holder, Jr., Attorney General<br>United States Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20430-0001 | Office of the Attorney General, California<br>Kamala D. Harris<br>1300 "I" Street<br>Sacramento, California 95814 |
| Office of the Attorney General, Hawaii<br>David M. Louie<br>425 Queen Street<br>Honolulu, Hawaii 96813 | Office of the Attorney General<br>Medicaid Fraud Control Unit<br>Michael L. Parrish, Director<br>333 Queen Street, 10th Floor<br>Honolulu, Hawaii 96813 |
| Office of the Attorney General<br>Medicaid Fraud Control Unit<br>W. Rick Copeland, Director<br>6330 Hwy. 290 East<br>Suite 250<br>Austin, Texas 78723 | Delaware Office of the Attorney General<br>Joseph R. "Beau" Biden, III<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 |
| Linda Singer<br>Office of the Attorney General for the District of Columbia<br>Attention: Stephane Latour<br>Chief, Civil Enforcement Section<br>441 4th Street, NW, Suite 450 North<br>Washington, DC 20001 | Office of the Attorney General, Tennessee<br>Robert E. Cooper, Jr.<br>**ATTENTION**: Michael K. Bassham, Senior Counsel<br>425 5th Avenue North<br>Nashville, TN 37243 |
| Office of the Attorney General, Texas<br>Greg Abbott<br>300 W. 15th Street<br>Austin, Texas 78701 | Office of the Attorney General, Illinois<br>Lisa Madigan<br>Chicago Main Office<br>100 W. Randolph Street<br>Chicago, Illinois 60601 |
| Office of the Inspector General<br>District of Columbia<br>Susan Kennedy, Director<br>Medicaid Fraud Control Unit<br>717 14th Street NW, 5th Floor<br>Washington, DC 20005 | Office of the Attorney General, California<br>Mark Geiger, Director<br>Bureau of Medi-Cal Fraud<br>1425 River Park Drive, Suite 300<br>Sacramento, California 95815 |

| | |
|---|---|
| Office of the Attorney General, Virginia<br>Ken Cuccinelli<br>Randal L. Clouse, Director<br>Medicaid Fraud Control Unit<br>900 E. Main Street, 5th Floor<br>Richmond, Virginia 23219 | Office of the Attorney General, Massachusetts<br>Martha Coakley<br>Christopher Walsh, Director<br>Medicaid Fraud Control Unit<br>1 Ashburton Place<br>Boston, Massachusetts 02108 |
| Office of the Attorney General, New Hampshire<br>Michael Delaney<br>33 Capitol Street<br>Concord, NH 03301-6397 | Office of Attorney General, Nevada<br>Catherine Cortez Masto<br>Old Supreme Ct. Bldg.<br>100 North Carson Street<br>Carson City, Nevada 89701 |
| Office of the Attorney General, New York<br>Eric Schneiderman<br>Dept. of Law - The Capitol, 2nd Fl.<br>Albany, NY 12224 | Carlotta R. Hivoral<br>Deputy Attorney General<br>Bureau of Medi-Cal Fraud and Elder Abuse<br>1455 Frazee Road, Suite 315<br>San Diego, CA 92108-4304 |
| Office of the Attorney General, Montana<br>Steve Bullock<br>Justice Building<br>215 N. Sanders<br>Helena, MT 59620-1401 | Mark Bodner, Esquire<br>Bureau Chief<br>Medicaid Fraud Control Unit<br>Complex Civil Enforcement Bureau<br>PL-01, The Capitol<br>Tallahassee, FL 32399-1050 |
| Charles Richards<br>Director, MFCU<br>Georgia State Healthcare Fraud Control Unit<br>2100 East Exchange Place<br>Building 1, Suite 200<br>Tucker, GA 30084 | Office of the Attorney General, Georgia<br>Sam Olens<br>40 Capitol Square, SW<br>Atlanta, GA 30334 |
| Office of the Attorney General, Michigan<br>Bill Schuette<br>c/o Elizabeth Valentine<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa Street<br>Lansing, MI 48909 | Office of the Attorney General, Indiana<br>Greg Zoeller<br>Indiana Government Center South<br>302 West Washington Street, 5th floor<br>Indianapolis, IN 46204 |
| Office of the Attorney General, Wisconsin<br>J. B. Van Hollen<br>State Capitol, Ste. 114 E.<br>P. O. Box 7857<br>Madison, WI 53707-7857 | New Mexico Attorney General's Office<br>Medicaid Fraud Division<br>**Attn: Lynne Laier**<br>111 Lomas Blvd NW<br>Ste. 300<br>Albuquerque, NM 87102 |

**RELATOR DOE'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**


| | |
|---|---|
| Office of the Attorney General, Rhode Island<br>Peter Kilmartin<br>150 S. Main Street<br>Providence, RI 02903 | Office of the Attorney General, Oklahoma<br>Scott Pruitt<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105 |
| Office of the Attorney General, New Jersey<br>Paula T. Dow<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 808<br>Trenton, NJ 08625-0080 | Office of Attorney General, District of Columbia<br>Irvin Nathan<br>John A. Wilson Building<br>441 4th Street NW<br>Washington, DC 20001 |
| Office of the Attorney General, Florida<br>Pam Bondi<br>The Capitol, PL-01<br>Tallahassee, FL 32399-1050 | Sara Winslow<br>Assistant United States Attorney<br>United States Department of Justice<br>450 Golden Gate Avenue<br>9th Floor<br>San Francisco, CA 94102-3495 |
| Patricia L. Hanower<br>Trial Attorney<br>Civil Division<br>United States Department of Justice<br>601 D Street, N.W., Room 9136<br>Washington, DC 20530 | Miguel Del Valle, City Clerk<br>City of Chicago<br>City Hall Office<br>121 N. LaSalle Street<br>Room 107<br>Chicago, IL 60602 |
| Mark N. Kimberling, Director<br>Office of the Attorney General<br>Medicaid Fraud Control Unit<br>555 East Washington Avenue<br>Suite 3900<br>Las Vegas, NV 89101 | Don Brown, Director<br>Patient Abuse and Medicaid Fraud<br>Office of Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 |
| Office of the Attorney General, Minnesota<br>Lori Swanson<br>State Capitol, Ste. 102<br>St. Paul, MN 55155 | Robert B. Teitelman<br>Assistant Attorney General<br>State of Connecticut<br>55 Elm Street<br>Hartford, CT 06106-1774 |
| Office of the Attorney General, North Carolina<br>Roy Cooper<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 | Office of the Attorney General, Maryland<br>Douglas F. Gansler<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 |
| Office of the Attorney General, Colorado<br>John W. Suthers<br>1525 Sherman St., 7th floor<br>Denver, CO 80203 | Office of the Attorney General, Louisiana<br>James D. "Buddy" Caldwell<br>1885 N. Third Street<br>Baton Rouge, LA 70802 |

| | |
|---|---|
| F. Edward Kirby, Jr.<br>Special Deputy Attorney General<br>Medicaid Investigations Unit<br>North Carolina Dept. of Justice<br>3824 Barrett Drive, Suite 200<br>Raleigh, NC 27609 | George A. Codding<br>Senior Assistant Attorney General<br>Civil Enforcement<br>Colorado MFCU<br>1525 Sherman St., 2nd Floor<br>Denver, CO 80203 |
| Office of the Attorney General, Connecticut<br>George Jepsen<br>55 Elm Street<br>Hartford, CT 06106 | Office of the Attorney General, New Mexico<br>Gary King<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, New Mexico 87501 |
| Miguel Del Valle, City Clerk<br>City of Chicago<br>City Hall Office<br>121 N. LaSalle Street<br>Room 107<br>Chicago, IL 60602 | Chief, Affirmative Litigation Division<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007 |

/s/ Teresa N. Cavenagh
Teresa N. Cavenagh
Admission *Pro Hac Vice*