Joseph M. Burton (SBN 14210)
**DUANE MORRIS LLP**
Spear Tower, One Market Plaza
Suite 2200
San Francisco, CA 94105-1127
Telephone:    415.957.3000
Facsimile:    415.520.0282
E-mail: JMBurton@duanemorris.com

Teresa N. Cavenagh (Appearing *Pro Hac Vice)*
Michael M. Mustokoff (Appearing *Pro Hac Vice*)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone:    215.979.1808
Facsimile:    215.689.6077
E-mail:  TNCavenagh@duanemorris.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF FLORIDA, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF LOUISIANA, MASSACHUSETTS, STATE OF NEVADA, STATE OF TENNESSEE, STATE OF TEXAS, COMMONWEALTH OF VIRGINIA, STATE OF GEORGIA, STATE OF INDIANA, STATE OF MICHIGAN, STATE OF MONTANA, STATE OF NEW HAMPSHIRE, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NEW JERSEY,  STATE OF OKLAHOMA, STATE OF RHODE ISLAND, STATE OF WISCONSIN, STATE OF CONNECTICUT, STATE OF MINNESOTA, NEW YORK CITY, CHICAGO, EX REL. JOHN DOE**,<br>**Plaintiff**<br><br>     v.<br><br>**ELI LILLY & COMPANY**<br>**Lilly Corporate Center**<br>**Indianapolis, Indiana,**<br><br>              **Defendant** | **Case No.: C 09-3651 JSW**<br><br>REDACTED COMPLAINTS |