# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF FLORIDA, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF LOUISIANA, MASSACHUSETTS, STATE OF NEVADA, STATE OF TENNESSEE, STATE OF TEXAS, COMMONWEALTH OF VIRGINIA, STATE OF GEORGIA, STATE OF INDIANA, STATE OF MICHIGAN, STATE OF MONTANA, STATE OF NEW HAMPSHIRE, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NEW JERSEY,  STATE OF OKLAHOMA, STATE OF RHODE ISLAND, STATE OF WISCONSIN, STATE OF CONNECTICUT, STATE OF MINNESOTA, NEW YORK CITY, CHICAGO, EX REL. JOHN DOE**, | **Case No.: C 09-3651 JSW** |
| **Plaintiff** | |
| **v.** | **[PROPOSED] ORDER** |
| **ELI LILLY & COMPANY** Lilly Corporate Center Indianapolis, Indiana, | |
| **Defendant** | |

1

In accordance with the prior Order dated December 1, 2011 and following the stipulation of Relator and the United States, it is hereby ORDERED and DECREED that except as stated in sections (a)-(d) below, all portions of the (1) Complaint (Docket No. 1), (2) the Amended Complaint (Docket No. 6), (3) the Second Amended Complaint (Docket No. 15), (4) the Third Amended Complaint (Docket No. 20), and (4) all corresponding exhibits thereto, shall be unsealed in accordance with the Court's prior Order but the following portions of the Complaints will remain under seal:

    a.    The second sentence of Paragraph 9 of the Complaint (Docket No. 1), and Exhibit "B" thereto;

    b.    Paragraph 12 of the Amended Complaint (Docket No. 6), and Exhibit "B," thereto;

    c.    The first and second sentence of Paragraph 12 of the Second Amended Complaint (Docket No. 15), and Exhibit "B" thereto, and

    d.    The first and second sentences of Paragraph 12 of the Third of the Amended Complaint (Docket No. 20), and Exhibit "B" thereto.

Relator's Counsel will provide the Clerk's Office with appropriately redacted Complaints in accordance with this Order. The Complaints as originally filed will remain under seal.

**IT IS SO ORDERED.**

Dated: January 4, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE